# Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0158. JAMES THOMAS PEEBLES v. THE STATE.

On December 1, 2012, James Thomas Peebles filed a pro se application for discretionary appeal, asserting that the trial court erred in denying his extraordinary motion for a new trial and motion in arrest of judgment. The order attached to the application was signed on October 16, 2012, but was not stamped "filed," and, despite the fact that this Court ordered Peebles to submit a stamped, "filed" copy of the order, he has not done so. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a stamped "filed" copy of the order being appealed. Although Peebles included a copy of the trial court's order with his application, it was not a stamped "filed" copy. Accordingly, we are unable to determine whether his application was filed within 30 days of the order he challenges. See OCGA § 5-6-35 (d) (providing that an application must be filed within 30 days of the entry of the order).

As the applicant, Peebles bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information he provided with his application, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/28/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*